No. 729, Misc. SHERIDAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 739, Misc. RAKES v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 741, Misc. CALDERON v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 742, Misc. BYOMIN v. OHIO. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Paul J. Mikus* and *Adrian F. Betleski* for respondent.

No. 743, Misc. CRENSHAW v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 748, Misc. DUFFY v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Edward S. Silver* for respondent.

No. 753, Misc. KESSLER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 754, Misc. METCALFE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 758, Misc. JAMES v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 768, Misc. PULASKI v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.